```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05272
   MOURICE L WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3848

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/06/2008 and was not confirmed.

     The case was dismissed without confirmation 06/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       UNSECURED         8158.41         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         4549.15         .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED        NOT FILED        .00           .00
VILLAGE OF BERKELEY        UNSECURED        NOT FILED        .00           .00
VILLAGE OF BERKELEY        UNSECURED        NOT FILED        .00           .00
GUC                        UNSECURED        NOT FILED        .00           .00
HSBC                       UNSECURED        NOT FILED        .00           .00
HSBC BERGNERS              UNSECURED        NOT FILED        .00           .00
SEARS DENTAL               UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
RMI/MCSI                   UNSECURED         8150.00         .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF JUSTICE         UNSECURED        NOT FILED        .00           .00
VILLAGE OF MATTESON        UNSECURED        NOT FILED        .00           .00
VILLAGE OF FOREST PARK     UNSECURED        NOT FILED        .00           .00
SPRINT PCS                 UNSECURED        NOT FILED        .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          631.51         .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     4602.33         .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY      3,074.00                       .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05272 MOURICE L WILLIAMS

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                       .00                      .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE